IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| STEVEN JOSHUA DINKLE, #309785, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:18-CV-21-WHA |
| ) | |
| STEVE BAXLEY, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On March 28, 2018, the Magistrate Judge entered a Recommendation (Doc. #5) to which no objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. This case is DISMISSED without prejudice for Plaintiff's failure to pay the initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1)(A) as ordered by this court.

3. No costs are taxed.

A separate Final Judgment will be entered.

DONE this 30th day of April, 2018.

                                           /s/ W. Harold Albritton
                               SENIOR UNITED STATES DISTRICT JUDGE